**Opinion issued June 26, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-01035-CV

_____

**SAVORY HUBBARD, Appellant**

**V.**

**JOSEPH A. NELSON, Appellee**

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2012-25653

## MEMORANDUM OPINION

The parties, representing that they have reached a resolution of their disputes, have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.